DENNIS K. BURKE
United States Attorney
District of Arizona
JOSEPH W. HANLEY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: joseph.hanley@usdoj.gov
Attorneys for Plaintiff

2010 FEB 10 P 3: 18

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**VICTIM CASE**

CR10-0288 TUC RCC|JCG

| | |
|---|---|
| United States of America,        ) | |
| Plaintiff,        ) | **I N D I C T M E N T** |
| v.        ) | Violations: 18 U.S.C. § 111(a)(1) (enhanced by 18 U.S.C. § 111(b)) |
| James Daniel Vannoy        ) | |
| Defendant.        ) | (Assault of Certain Federal Officers or Employees) |

**THE GRAND JURY CHARGES:**

On or about September 26, 2009, at or near Tucson, in the District of Arizona, James Daniel Vannoy, the defendant, did knowingly forcibly assault, resist, oppose, impede, intimidate and interfere with Christopher Lujan, a U.S. Penitentiary Correctional Officer, and engaged in acts involving physical contact in that he bit Christopher Lujan's arm while Christopher Lujan was engaged in his official duties; in violation of Title 18, United States

///

1 | Code, Section 111(a)(1) and enhanced by Title 18, United States Code, Section 111(b).

DENNIS K. BURKE
United States Attorney
District of Arizona

Assistant U.S. Attorney

REDACTED FOR DISCLOSURE
FEB 10 2010

United States vs. **James Daniel Vannoy**
Indictment Page 2